IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY ARMSTRONG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv96-MHT |
| | ) | (WO) |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

OPINION

Petitioner filed this habeas-corpus case seeking transfer from state to federal custody. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this habeas-corpus request be dismissed as moot because a favorable decision on the merits of the claims in the petition would not entitle petitioner to any additional relief. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of March, 2016.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE